UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND and          ECF CASE
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,        **NOTICE OF MOTION**
A.F.L.-C.I.O.,

      Petitioners,                Index No.: 20-cv-08987(JPO)

      -against-

American Venture Construction LLC,

      Respondent.

-------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Rule 56.1 Statement; Affirmation of Lauren M. Kugielska, Esq., dated October 27, 2020, with Exhibits attached thereto (ECF No. 2); the Declaration of John Drew, dated December 2, 2020; and the Memorandum of Law in support of the motion, the undersigned will move before the Honorable J. Paul Oetken, District Judge, United States District Court for the Southern District of New York, at the Federal Courthouse, 40 Foley Square, New York, New York, on such date and time as may be set by the Court, for an Order pursuant to Fed. R. Civ. P. 56 confirming the arbitration award, which is annexed to the Petition (ECF No. 1).

Dated: Elmsford, New York
       December 2, 2020

Respectfully submitted,
*/s/ Lauren M. Kugielska*
*Attorneys for Petitioners*
Barnes, Iaccarino & Shepherd LLP
258 Saw Mill River Road
Elmsford, New York 10523
Phone: (914) 592-1515
Fax:    (914) 592-3213
lkugielska@bislawfirm.com