UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING
INDUSTRY INSURANCE FUND, et al.,
                          Plaintiffs,

-v-

AMERICAN VENTURE
CONSTRUCTION LLC,
                          Defendant.

20-CV-8987 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On March 31, 2021, Respondent American Venture Construction LLC filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. Accordingly, this action is hereby stayed pending further order. All deadlines and conferences are adjourned sine die.

    The parties are directed to notify the Court within 14 days after the termination of bankruptcy proceedings or any other relevant change in status.

    The Clerk of Court is directed to close the motion at Docket Number 13 and to mark this case as stayed.

    SO ORDERED.

Dated: April 9, 2021
       New York, New York

                                          _____
                                                J. PAUL OETKEN
                                             United States District Judge