UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING
INDUSTRY INSURANCE FUND, *et al.*,
                        Plaintiff,

-v-

AMERICAN VENTURE
CONSTRUCTION LLC,
                        Defendant.

20-CV-8987 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      A telephone conference was held in this matter on August 15, 2023. As discussed during the conference, the stay in this case is lifted. The parties are directed to confer in an effort to reach a resolution of this matter, and shall file a stipulation of dismissal or a joint status letter by September 15, 2023. In addition, because the parties agree that a portion of the arbitration award amount has been satisfied, the petitioners' motion for summary judgment (ECF No. 8) is denied without prejudice to renewal by letter if a settlement is not reached by September 15, 2023.

      The Clerk of Court is directed to close the motion at ECF No. 8 and to lift the stay of this case.

      SO ORDERED.

Dated: August 16, 2023
       New York, New York

                                                         J. PAUL OETKEN
                                                     United States District Judge