UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING
INDUSTRY INSURANCE FUND, *et al.*,
                      Petitioners,

          -v-

AMERICAN VENTURE
CONSTRUCTION LLC,
                      Respondent.

20-CV-8987 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Respondent's opposition to the pending motion for summary judgment was due on April 23, 2024. Without opposition and upon review of Petitioners' motion for summary judgment, the motion is hereby GRANTED, and the arbitration award is CONFIRMED. The Clerk of Court is directed to enter judgment confirming the arbitration award and to close this case.

      SO ORDERED.

Dated: May 13, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge