**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, et al.,                                                                                      20 **CIVIL** 8987 (JPO)

                Petitioners,

     -against-                                                                         **JUDGMENT**

AMERICAN VENTURE CONSTRUCTION LLC,
                Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 13, 2024, the motion is hereby GRANTED, and the arbitration award is CONFIRMED. Accordingly, the case is closed.

**Dated:**  New York, New York
           May 14, 2024

                                            **RUBY J. KRAJICK**
                                              Clerk of Court

                **BY:**
                                              _____
                                                   **Deputy Clerk**