UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO.9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O., <br>                 Petitioners, <br><br>                 -against- <br><br> American Venture Construction LLC., <br><br><br><br>                 Respondent. | Case No.: 1:20:-CV-08987-JPO <br><br> <u>DEFAULT JUDGMENT</u> |

------------------------------------------------------------------------------------------------------------------

This action having been commenced on October 27, 2020 by the filing of the Summons Petition, and supporting Declaration of Lauren M. Kugielska, dated October 27, 2020 [ECF Nos. 1, 2 & 6]; and a copy of the Summons and Petition having been served on the Respondent, American Venture Construction LLC on October 27, 2020 via Secretary of State and said Proof of Service having been filed with the Court on November 4, 2020 [ECF No. 7]; and a motion for summary judgment and supporting papers filed on December 3, 2020 [ECF Nos. 8-11]; and a copy of the motion for summary judgment and supporting papers having been served on the Respondent, American Venture Construction LLC on December 3, 2020 via mail and said Proof of Service having been filed with the Court on December 3, 2020 [ECF No. 12]; and the Respondent, American Venture Construction LLC not having appeared, answered or otherwise moved with

respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Petitioners have judgment against Respondent in the liquidated amount of One Hundred Eleven Thousand Four Hundred Six dollars and forty cents ($111,406.40), which includes the following: Decision of the Joint Trade Committee of the Painting and Decorating Industry amount due and owing in the sum of $111,406.40.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioners be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  New York, New York
                 July 1     , 2024

                                                                So Ordered:

                                                                _____
                                                                J. PAUL OETKEN
                                                                United States District Judge